# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Rodney Godfrey,

  Plaintiff(s),         JUDGMENT IN A CIVIL CASE

vs.               3:08cv496

United States of America,

  Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/10/2008 Order.

              Signed: November 10, 2008

              Frank G. Johns, Clerk
              United States District Court